Donato Santoiemma, an Infant, etc., Respondent, v. International Railway Company, Appellant.— Order affirmed, with costs. All concurred.

Benjamin Morse, by Eben Morse, His Guardian ad Litem, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Rudolph Jenny, Respondent, v. Rome and Osceola Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anna Marshfield, Appellant, v. The Village of Solvay, Respondent.— Judgment and order affirmed, with costs. All concurred.

Uriah H. Lewis, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Fred M. Miller, Respondent, v. The Solvay Process Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to another motion on proper papers. All concurred.

Edward Vogel, as Trustee, etc., Respondent, v. Laura C. Wait, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Held, that the affidavits were insufficient to sustain the order of attachment. All concurred.

The People of the State of New York ex rel. Glennie M. Jimeson and Others, Appellants, v. Moses Shongo and Others, Respondents.— Motion granted to amend, nunc pro tunc, the order of affirmance entered July 7, 1914 (See ante, p. 908), so as to state that the decision was made upon questions of law only and not in the exercise of any discretion. Motion for leave to appeal to Court of Appeals denied, upon the ground that leave to appeal is not necessary.

The People of the State of New York ex rel. George A. Jimeson and Others, Appellants, v. King Scott and Others, Respondents.— Motion granted to amend, nunc pro tunc, the order of affirmance entered July 7, 1914 (See ante, p. 909), so as to state that the decision was made upon